1  Michael R. Heimbold (SBN 173981)
   (mheimbold@steptoe.com)
2  Dylan Ruga (SBN 235969)
   (druga@steptoe.com)
3  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, CA  90067-5052
   Telephone:  (310) 734-3200
5  Facsimile:  (310) 734-3300

6

7  Attorneys for Defendants,
   YA-YA BRAND INCORPORATED,
8  BLUEFLY, INC.; BOP, LLC; SAKS
   INCORPORATED; and RON
9  HERMAN, INC.

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  TEXTILE SECRETS                  Case No.  CV 06-06297 PLA
    INTERNATIONAL, INC.
14                                   **STIPULATION RE PLAINTIFF'S
                Plaintiff,           ACTUAL DAMAGES;**
15                                   **[PROPOSED] ORDER THEREON**
16          vs.

17  YA-YA BRAND INCORPORATED;
    BLUEFLY, INC.; BOP, LLC; SAKS
18  INCORPORATED; RON HERMAN,
    INC.; and DOES 1 through 10,
19  inclusive,
20
                Defendants.
21

22

23  TO THE HONORABLE COURT:

24  ///

25  ///

26  ///

27

28

LODGED

2007 NOV -6  PM 2: 31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1    This stipulation is made between plaintiff Textile Secrets International, Inc.
2    ("TSI"), on the one hand, and defendants Ya-Ya Brand Incorporated, Bluefly, Inc.,
3    BOP, LLC, Saks Incorporated, and Ron Herman, Inc. (collectively, "Defendants"),
4    on the other hand, through their respective attorneys of record, with reference to
5    the following facts:
6        **WHEREAS**, TSI has filed a lawsuit against Defendants for copyright
7    infringement, contributory copyright infringement, and violation of 17 U.S.C. §
8    1202(b) (the "Lawsuit");
9        **WHEREAS**, the Lawsuit contains a prayer for TSI's damages as a result of
10   the acts alleged;
11       **WHEREAS**, Defendants have issued subpoenas to Elias Aziz-Levi, CPA
12   and Continental Business Credit, Inc. in order to, among other things, gather
13   evidence related to TSI's alleged actual damages (the "Subpoenas");
14       **WHEREAS**, TSI has offered to waive its ability to recover its alleged actual
15   damages (including, but not limited to, any alleged lost profits or lost sales,
16   allegedly suffered by TSI as a result of the alleged infringement set forth in the
17   Lawsuit (the "Actual Damages")) if Defendants withdraw the Subpoenas; and
18       **WHEREAS**, Defendants agree to withdraw the Subpoenas if TSI waives its
19   right to recover its Actual Damages.
20
21   BASED UPON THE FOREGOING, **THE PARTIES HEREBY STIPULATE**
22   **AS FOLLOWS:**
23
24       1.    Upon execution of this Stipulation, Defendants will withdraw the
25   subpoenas served on Elias Aziz-Levi, CPA and Continental Business Credit, Inc.;
26       2.    Upon withdrawal of the Subpoenas, TSI agrees to waive any and all
27   rights, arguments, and claims to recover its alleged Actual Damages in the
28   Lawsuit;

3.     TSI agrees not to introduce any testimony at trial from either Elias Aziz-Levi, CPA or Continental Business Credit, Inc; and

4.     TSI agrees not to introduce any documents at trial that evidence, reflect or refer to TSI's finances that: (1) have not already been produced by TSI, or (2) are not specifically identified in TSI's initial disclosures.


IT IS SO STIPULATED.


Date:  November 5, 2007                    STEPTOE & JOHNSON, LLP


                                           By:
                                                 Dylan Ruga
                                                 Attorneys for Defendants



Date:  November 5, 2007                    THE LINDE LAW FIRM


                                           By:
                                                 Douglas A. Linde
                                                 Attorneys for Plaintiff

# [PROPOSED] ORDER

Based upon the stipulation of the parties, TSI may not: (1) recover its alleged Actual Damages in the Lawsuit, (2) introduce any testimony at trial from either Elias Aziz-Levi, CPA or Continental Business Credit, Inc, and (3) introduce any documents at trial that evidence, reflect or refer to TSI's finances that have not: (a) already been produced by TSI or are (b) not specifically identified in TSI's initial disclosures.

**IT IS SO ORDERED:**

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

_____
DATE

1

## PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

2

3    I am a resident of, or employed in, the County of Los Angeles.  I am over the age of 18 and not a
     party to this action.  My business address is:  Steptoe & Johnson LLP, 2121 Avenue of the Stars,
4    Suite 2800, Los Angeles, California 90067.

5    On **November 6, 2007,** I served the following listed document(s), by method indicated below, on
     the parties in this action:  **STIPULATION RE PLAINTIFF'S ACTUAL DAMAGES;**
6    **[PROPOSED] ORDER THEREON**

7
                                   ***SEE ATTACHED SERVICE LIST***
8    ☒ **BY U.S. MAIL**                                    ☐ **ELECTRONIC SERVICE**
                                                              **(via electronic filing service provider)**
9    By placing ☐ the original / ☐ a true copy thereof enclosed in a    By electronically transmitting the document(s)
     sealed envelope(s), with postage fully prepaid, addressed as per the    listed above to LexisNexis File and Serve, an
10   attached service list, for collection and mailing at Steptoe &    electronic filing service provider at
     Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles,    www.fileandserve.lexisnexis.com, from the email
11   California 90067, following ordinary business practices.  I am    address _____@steptoe.com, at
     readily familiar with Steptoe & Johnson LLP's practice for    approximately _____.  To my knowledge, the
12   collection and processing of documents for mailing.  Under that    transmission was reported as complete and
     practice, the document is deposited with the United States Postal    without error.
13   Service on the same day as it is collected and processed for mailing
     in the ordinary course of business.
14
     ☐ **BY OVERNIGHT DELIVERY**                          ☐ **BY ELECTRONIC SERVICE**
15   By delivering the document(s) listed above in a sealed envelope(s)    **(to individual persons)**
     or package(s) designated by the express service carrier, with    By electronically transmitting the document(s)
16   delivery fees paid or provided for, addressed as per the attached    listed above to the email address(es) of the
     service list, to a facility regularly maintained by the express service    person(s) set forth on the attached service list
17   carrier or to an authorized courier or driver authorized by the    from the email address lyoungchu@steptoe.com
     express service carrier to receive documents, who received these    To my knowledge, the transmission was reported
18   documents at 2121 Avenue of the Stars, Suite2800, Los Angeles,    as complete and without error.
     California, 90067.
19
     ☐ **BY PERSONAL SERVICE**                            ☐ **BY FACSIMILE**
20      ☐ By personally delivering and handing the document(s) listed    By transmitting the document(s) listed above from
     above to the person(s) identified on the attached service list.    Steptoe & Johnson LLP in Los Angeles,
21      ☐ By personally delivering the document(s) listed above to the    California to the facsimile machine telephone
     office address(es) as shown on the attached service list and leaving    number(s) set forth on the attached service list.
22   said document(s) with a clerk or other person in charge, or if no one    Service by facsimile transmission was made ☐
     is in charge leaving it in a conspicuous place in the office(s).    pursuant to agreement of the parties, confirmed in
23      ☐ By personally delivering the document(s) listed above to the    writing, or ☐ as a courtesy to the parties.
     address(es) as shown on the attached service list and leaving said
24   document(s) with someone of suitable age and discretion residing at
     said address(es).
25
          I declare under penalty of perjury under the laws of the State of California and the United States
26   of America that the above is true and correct.

27        Executed on November 6, 2007 at Los Angeles, California.

28

                                              _____
                                                    Lily Young Chu

                                                    1
                                           PROOF OF SERVICE

1

## <u>SERVICE LIST</u>

Douglas A. Linde, Esq.
Erica Allen, Esq.
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
E-mail: dal@lindelaw.net
Tel: 310-203-9333
Fax: 310-203-9233

2